UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2012 JAN -5 AM 9: 17
LE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Jose F. Rosales
PLAINTIFF

6:12-CV-15-ORL-36KRS

vs.

Orange County Court
DEFENDANT

## COMPLAINT

Name: Jose F. Rosales
Address: 4115 Wellington Wood Circle #201
Kissimmee Fl. 34741

Phone No.: 866-220-8338

Jan. 11, 2010 and April 15, 2011 Orange did not provide me an Interpreter in Sign Language by Federal Law. I also report it to the Dept. of Justice they did investigation. Mediator of Dept. of Justice try to have meeting with Orange county Court house they denied 3 times to Dept. of Justice have Letter. I want to Sue Orange County Court house for $700,000. for Discrimination. They Address is 425 N. Orange Ave. Orlando Fl. 32801. I am Deaf I can't hear or read lip I always need interpreter in Sign Language for Communication. And must be Certified



**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section-NYA*
*950 Pennsylvania Avenue NW*
*Washington, DC  20530*

12DRS-10-26        2FL550
204-17M-439

November 18, 2011

Jose F. Rosales
4115 Wellington Wood Cir., #201
Kissimmee, FL 34741

Dear Mr. Rosales:

  The purpose of this letter is to inform you of the status of your complaint filed against the Orange County Courts for alleged violation of the Americans with Disabilities Act of 1990 (ADA). As you know, in an attempt to facilitate informal resolution of your dispute with the Orange County Courts, we referred the dispute to the Department's ADA Mediation Program. We have been informed by that service that the respondent has declined to participate in mediation to resolve the complaint. Your complaint has been referred to the Department's Investigations Unit to be reviewed for further action. The respondent has been notified of this referral.

  You will be contacted by a member of the Investigations Unit in the future. If you do not hear from them within 8 weeks, you may check on the status of their review either by sending an email to ADA.complaint@usdoj.gov or by calling (202) 307-0663 (voice or TDD) or by calling the ADA Information Line at 800-514-0301 (voice) or 800-514-0383 (TDD).

            Sincerely,

            Lisa Levine
         ADA Mediation Program Officer
          Disability Rights Section